# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

Karen E. Schreier United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - MSB | Court Reporter – Carla Dedula |
| Courtroom - SF #2 | Date – September 28, 2020 |
| U.S. Probation Officer – | |

4:20-cr-40083-KES-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>SHEILA VERBRUGGE<br><br>Defendant. | Ann Hoffman<br><br><br><br><br><br>Michael Butler |

TIME HEARING SCHEDULED TO BEGIN: 2:00 PM

TIME:
1:58 PM     Enter change of plea

               AUSA appeared remotely. Defense Counsel and Defendant appeared via video. Defendant consented to do so.

               Defendant affirmed and questioned by the Court

               Defendant advised of her rights

               Defendant pleads guilty to Count 8 of the Indictment

2:20 PM     Court in recess.